IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:16-cv-876

| | |
|---|---|
| ANTHONY L. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| DEFENDANT. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A). (Doc. No. 19). Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $5,000.00 in attorney's fees in full satisfaction of all claims arising under the EAJA. The check shall be made payable to Plaintiff and sent to the offices of Plaintiff's counsel, George C. Piemonte.

**SO ORDERED.**

Signed: December 14, 2017

Graham C. Mullen
United States District Judge